```
     IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**BARBARA ARNETT,**

      **Plaintiff,**

v.   //   CIVIL ACTION NO. 1:06CV149
                       (Judge Keeley)

**PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION, a
Delaware corporation**

      **Defendant,**

### ORDER FOLLOWING JULY 26, 2007 STATUS CONFERENCES

For the reasons stated on the record of the July 26, 2007 status conference, the Court **ORDERS** the parties in the above-styled case to file a notice of the appropriate standard of review on or before August 6, 2007. If there is no dispute, the Court will thereafter set a dispositive motion briefing schedule on the substantive issues in this case.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: July 31, 2007.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE