IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**BARBARA ARNETT,**

      Plaintiff,

v.              //    CIVIL ACTION NO. 1:06CV149
                              (Judge Keeley)

**PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION, a
Delaware corporation**

      Defendant.

## ORDER SETTING BRIEFING SCHEDULE

Pursuant to the parties' proposed briefing schedule for this case, the Court **ORDERS** the parties to each file their respective motions for summary judgment **no later than February 19, 2008** and file responses **no later than March 19, 2008.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 19, 2007.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE